UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BILL LIETZKE, | Case No. 3:14-cv-00197-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CITY/COUNTY OF MONTGOMERY, et al., | |
| Defendants. | |

The undersigned has received a document from plaintiff that is unfiled and contains obscene and vulgar language directed at the Court.  Although the Court does have three cases with this pro se litigant (two of which are closed), the case number on the untitled document is not one of them, and the document does not address any issues in any of this Court's cases. The Court is therefore returning the untitled document to plaintiff, and any further documents of this nature mailed directly to chambers shall be disposed of without further Court order.

DATED THIS 15th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE